UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 10-548(DRD) |
| Plaintiff, | |
| v. | **O R D E R** |
| JOHN PIETSCH | |
| Defendant. | |

Defendant, John Pietsch having requested that his 5 months term of imprisonment commence as soon as possible;

IT is this 10th day of January, 2011 ordered as follows:

1. The Court's prior recommendation the defendant's surrender be deferred until July 1, 2011 is vacated.

2. Defendant shall surrender for imprisonment as soon as can be arranged in accordance with his request set froth in his January 6, 2011 letter a copy of which is attached hereto.

*[signature]*
DICKINSON R. DEBEVOISE
U.S.S.D.J.