UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
|  |  | Crim. No. 12-548 |
| v. | : | |
| JOHN PIETSCH | : | ORDER |

This matter having come before the Court on the application of John Pietsch seeking early release from his term of probation, and Paul J. Fishman, United States Attorney for the District of New Jersey (by Christopher J. Kelly, Assistant U.S. Attorney) having consented to the application, and for good and sufficient cause shown,

WHEREFORE, on this 15th day of Nov., 2012,

IT IS ORDERED that the remaining term of John Pietsch's probation is hereby terminated.

HON. DICKINSON R. DEBEVOISE
United States District Judge